# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**-vs-**                                                                          **Case No. 6:05-cv-819-Orl-28DAB**

**ONE 2004 LEXUS FOUR DOOR SEDAN VIN#JTHBN36F240144581, THE REAL PROPERTY, INCLUDING ANY BUILDINGS, APPURTENANCES AND IMPROVEMENTS THEREON, LOCATED AT 17007 OAK GROVE COURT, ORLANDO, FLORIDA, ONE 2004 LEXUS LX470 5 DOOR SUV VIN#JTHT00WX43544375,**

      **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION FOR STAY OF CIVIL FORFEITURE PROCEEDINGS (Doc. No. 9)**
>
> **FILED:**      June 27, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Provided, counsel for the government shall file a status reort in 60 days and every 60 days thereafter. The Clerk is directed to close the case administratively, pending further order of the Court.

**DONE** and **ORDERED** in Orlando, Florida on June 30, 2005.

                                               *David A. Baker*
                                               DAVID A. BAKER
                                         UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

-2-